# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **BONNIE KIRK INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, "JS"** | * | **CIVIL ACTION NO. 17-1466** |
| | * | **JUDGE TERRY A. DOUGHTY** |
| **VERSUS** | | |
| | * | **MAG. JUDGE KAREN L. HAYES** |
| **MONROE CITY SCHOOL BOARD, ET AL.** | | |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. No. 4] is GRANTED, Plaintiff's federal claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims arising under the laws of the State of Louisiana are hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 7th day of September, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE