UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BONNIE KIRK, ET AL.** | **CASE NO. 3:17-CV-01466** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SCHOOL BOARD CITY OF MONROE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 47] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss for lack of subject matter jurisdiction [Doc. No. 40] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 40] is **GRANTED-IN-PART**, and that Plaintiff's claims for punitive and exemplary damages against lone, remaining defendant, the Monroe City School Board are hereby **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 40] otherwise is **DENIED**.

Monroe, Louisiana, this 5th day of January, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE